# Third District Court of Appeal

## State of Florida

Opinion filed January 25, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1577
Lower Tribunal No. 19-32122
_____


**Christopher J. Hall, et al.,**
Appellants,

vs.

**Safe Harbor Equity Distressed Debt Fund 1, L.P., et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Burr & Forman, LLP, and Douglas K. Gartenlaub, and Gennifer L. Bridges (Orlando), for appellants.

Law Office of Paul Morris, P.A., and Paul Morris; Agentis PLLC, and Christopher B. Spuches, for appellees.


Before FERNANDEZ, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.